STATE of Maine

v.

Duayne VAIS.

Supreme Judicial Court of Maine.
Argued March 7, 1986.
Decided March 20, 1986.

David W. Crook, Dist. Atty., John Alsop, Asst. Dist. Atty. (orally), for plaintiff.

Shiro & Shiro Law Offices, Ronald A. Ducharme (orally), Louis J. Shiro, Waterville, for defendant.

Before NICHOLS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The Defendant, Duayne Vais, appeals from a judgment of conviction of criminal threatening with a dangerous weapon, 17–A M.R.S.A. § 209 (1983), following a jury-waived trial in Superior Court, in Somerset County.

The principal issue urged on appeal was the sufficiency of the evidence. This, however, was essentially a question of fact for the finder-of-fact. The presiding justice, sitting without a jury, could rationally have found all elements of the crime beyond a reasonable doubt.

We have reviewed the Defendant's other issues and conclude that none has merit.

The entry must be:

Judgment affirmed.

All concurring.

STATE of Maine

v.

Lawrence HAMILTON.

Supreme Judicial Court of Maine.
Argued March 11, 1986.
Decided March 21, 1986.

Janet T. Mills, Dist. Atty. (orally) Anthony Ferguson, Asst. Dist. Atty., for plaintiff.

Arthur H. Bloomberg (orally) Bridgton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN and GLASSMAN, JJ.

MEMORANDUM OF DECISION.

The Defendant, Lawrence Hamilton, appeals from his conviction of aggravated criminal mischief, 17–A M.R.S.A. §§ 805 (1983) and 1252 (1983 & Supp.1985) in Superior Court in Oxford County, arguing (a) that the doctrine under which the issue of the sufficiency of the State's case in chief against a defendant cannot be reviewed on appeal if he presents evidence on his own behalf deprives him of due process of law and (b) the evidence was insufficient for a jury rationally to find him guilty beyond a reasonable doubt.

Clearly, the first issue is controlled by our decision in State v. Hanson, 331 A.2d 375, 376 (Me.1975). On the second issue he makes what is essentially a jury argument and it is without merit here.

Our entry will be:

Judgment affirmed.

All concurring.